1 | **GUTRIDE SAFIER LLP**
2 | ADAM J. GUTRIDE (State Bar No. 181446)
  | SETH A. SAFIER (State Bar No. 197427)
3 | MARIE MCCRARY (State Bar No. 262670)
  | KRISTEN G. SIMPLICIO (State Bar No. 263291)
4 | 100 Pine Street, Suite 1250
  | San Francisco, California 94111
5 | Telephone: (415) 271-6469
  | Facsimile: (415) 449-6469
6 |
7 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIN LINDQUIST, DAVID SWARTZ, and MARTHA VALENTINE, on behalf of themselves, the general public and those similarly situated, | CASE NO. 3:18-cv-06465 |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| THE HAIN CELESTIAL GROUP, INC., | |
| Defendants. | |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Erin Lindquist,
2  David Swartz, and Martha Valentine hereby dismiss their claims against Defendant The Hain
3  Celestial Group, Inc. with prejudice. Each party shall bear its own costs, expenses, and fees.

4  Dated: October 24, 2018             **GUTRIDE SAFIER LLP**

                                        _____
                                        Seth A. Safier, Esq.
                                        100 Pine Street, Suite 1250
                                        San Francisco, California 94111

                                        Attorneys for Plaintiffs